# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

DAVID SATCHELL,           :    No. 81 EM 2021

          Petitioner       :

          v.             :

PHILADELPHIA COURT OF COMMON    :
PLEAS, PENNSYLVANIA,           :

          Respondent     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of April, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.